## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVSION

RAX ARCHER,

  Plaintiff,                                       CASE NO.: 3:18-CV-00324-BJD-JRK

-vs-

NAVIENT SOLUTIONS, LLC,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Rax Archer, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of August, 2018.

| */s/ Octavio Gomez* | */s/ Ashley N. Rector* |
|---|---|
| Octavio Gomez, Esquire | Ashley N. Rector, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0106605 |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| One Tampa City Center | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, Florida 33602 | Tampa, Florida 33618 |
| Tele: (813) 223-5505 | Tele: (813) 440-5327 |
| Fax: (813) 223-5402 | Fax: (866) 466-3140 |
| Primary Email: TGomez@ForThePeople.com | arector@sessions.legal |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |