UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAX ARCHER,

    Plaintiff,

v.                                     Case No. 3:18-cv-324-J-39JRK

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal Without Prejudice (Doc. No.14; Stipulation) filed on August 28, 2018. In the Stipulation, the parties state that they agree to the dismissal of this case without prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED without prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 28th day of August, 2018.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record